IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRRALL FARROW CANNON,

     Plaintiff,                              CV F 94 6199 REC  WMW  P

  vs.                                    ORDER RE MOTIONS
                                         (DOCUMENTS  40, 41)

DEPT. OF CORRECTIONS, , et al.,

     Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court are plaintiff's motions for the release of the case file and to reopen the case.

       This action was closed on May 25, 1995.  The District Court adopted the findings and recommendations of the Magistrate Judge.  The dismissal was based on plaintiff's failure to allege sufficient facts to state a claim for an Eighth Amendment violation and an Equal Protection violation.  Plaintiff appealed, and the Ninth Circuit affirmed the District Court's decision.

       Plaintiff has filed a motion requesting that the court file be released to him. Plaintiff is advised that the official file is the property of the court, and shall remain in the custody of the Clerk of Court.  Plaintiff is entitled to copy the file.  Should plaintiff choose to do so, he should contact the Clerk's Office to arrange for copying and the payment of copying fees.

1   Plaintiff has also filed a motion to reopen the case. Plaintiff's sole ground for his
2 motion is the conduct of individuals at Ironwood State Prison. Specifically, plaintiff seeks legal
3 redress for the conduct of individuals not named in this case, for conduct that occurred after the
4 closing of this case and unrelated to this case.  Plaintiff is advised that nothing in the dismissal
5 of this case bars plaintiff from filing another complaint regarding conduct unrelated to this case.
6 Plaintiff offers no authority for the proposition that this case should be reopened.
7   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the release of
8 the case file and motion to reopen the case are denied.
9    IT IS SO ORDERED.
10 **Dated:  September 28, 2005**          **/s/ Robert E. Coyle**
   668554                        UNITED STATES DISTRICT JUDGE